[No. 29769-4-I.  Division One.  August 22, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY ALLEN COCHRAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03744-9, Mary Wicks Brucker, J., entered May 11, 1994. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Scholfield and Coleman, JJ.

[No. 33082-9-I.  Division One.  August 22, 1994.]

MARC CALDART, *Respondent*, v. MUKILTEO WATER DISTRICT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-2-01217-9, Thomas J. Wynne, J., entered June 21, 1993. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Kennedy and Becker, JJ.

[No. 34147-2-I.  Division One.  August 22, 1994.]

JEFFREY C. WILKINSON, *Appellant*, v. BOATS UNLIMITED, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-2-06030-9, Gerald L. Knight, J., entered January 7, 1994. *Reversed* by unpublished per curiam opinion. Vacated by order of the Supreme Court April 15, 1996.